```
 1  HEATHER E. WILLIAMS, Bar 122664
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    SIJIAN CHEN
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,  )   Mag. 13-0190-EFB
                               )
13              Plaintiff,     )
                               )   STIPULATION AND ORDER
14       v.                    )
                               )
15  SIJIAN CHEN,               )   Date:  July 1, 2013
                               )   Time:  2:00 p.m.
16              Defendant.     )   Judge: Hon. Kendall J. Newman
                               )
17  _____    )
18
```

19     IT IS HEREBY STIPULATED by and between the parties hereto through
20 their respective counsel, Assistant United States Attorney CHRISTIAAN
21 HIGHSMITH and Research and Writing Attorney RACHELLE BARBOUR for
22 defendant SIJIAN CHEN, that the further arraignment currently set for
23 Monday, June 24, 2013 be continued to Monday, July 1, 2013 at 2:00 p.m.
24     The reason for this continuance is to allow time for the
25 defendant's immigration attorney to consult with his client prior to
26 the next scheduled court date and to counsel him on any immigration
27 consequences of the current proceeding.  The Federal Defender's Office
28 anticipates requesting full appointment as counsel in this case.

United States Probation Officer Julie Besabe has no objection to this continuance.

Dated:  June 20, 2013                    Respectfully submitted,

                                         HEATHER E. WILLIMS
                                         Federal Defender


                                         /s/ Rachelle Barbour
                                         _____
                                         RACHELLE BARBOUR
                                         Research and Writing Attorney
                                         Attorney for Defendant
                                         SIJIAN CHEN


                                         BENJAMIN B. WAGNER
                                         United States Attorney

Dated: June 20, 2013                     /s/ Rachelle Barbour for
                                         _____
                                         CHRISTIAAN HIGHSMITH
                                         Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  June 24, 2013

                                         _____
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE